IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

GRADY R. WILLIAMS, JR.,

    Plaintiff,

v.

    CIVIL ACTION NO.: CV613-016

BRIAN OWENS, Commissioner;
STANLEY WILLIAMS; JAMES DEAL;
TERESA TODD; WAYNE JOHNSON;
JIMMY BLAND; ERIC SMOKES; and
CASANDRA HOWE,

    Defendants.

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's claims concerning an alleged food poisoning incident and an alleged vermin infestation at Smith State Prison are **DISMISSED** without prejudice. Plaintiff's claims against Defendant Casandra Howe are **dismissed** without prejudice. Plaintiff's claims for monetary damages against the individually named Defendants in their official capacities are **DISMISSED**. Additionally, Plaintiff's claims against Defendant Brian Owens are **DISMISSED**.

**SO ORDERED**, this 25 day of July, 2013.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)