UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| GRADY R. WILLIAMS, JR., | ) |
| Plaintiff, | ) |
| v. | ) 6:13-cv-16 |
| STANLEY WILLIAMS, et al., | ) |
| Defendants. | ) |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation, ECF No. 44, to which objections have been filed. ECF Nos. 46; 48. After a de novo review of the record, and after carefully considering Plaintiff's objections, the Court concurs with the Report and Recommendation, which is *ADOPTED* as the opinion of the Court.

Plaintiff does not disagree that he failed to exhaust administrative remedies prior to filing suit. ECF No. 48 at 7. Instead, he requests a ninety day continuance to allow him time to pursue administrative remedies. *Id.* As the Magistrate and Defendants correctly note, however, such a continuance would be futile because prison grievance rules do not provide for good cause waivers of the informal grievance deadline. *See* ECF Nos. 44 at 7; 47 at 2. By not re-filing his informal grievance within the ten day period provided by prison rules, Plaintiff forfeited his chance to exhaust administrative remedies and thus to file this action. Defendant's motion to dismiss, ECF No. 31, therefore is *GRANTED*. Plaintiff's claims are *DISMISSED*.

This 27th day of November 2013.

_____
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA